UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:    Prairie Wild Enterprises Inc.

                                                        Bky. No. 09-34220
                                                        Chapter 11 case

           Debtor.

**DECLARATION OF DEBTOR**

1. My name is Jon Mohn, I am the president of the Debtor in the above referenced bankruptcy case.

2. I am familiar with Debtor's financial records, assets, debts and operations.

3. The balance sheet, statement of operations, cash-flow statement and federal income tax returns have not been prepared as the Debtor is not currently in possession of its financial records. All of the debtor's financial records, both computerized and hard copies, were seized by Co-Op Credit Union of Montevideo.

4. The Debtor will file the above mentioned required financial records with the court as soon as its records are recovered from Co-Op Credit Union of Montevideo and the Debtor can prepare the required financial records.

5. Under penalties of perjury, I declare that the foregoing is true, correct and complete to the best of my knowledge and belief.

Dated: June 25, 2009

                                                                                Jon Mohn; President
                                                                                Prairie Wild Enterprises Inc.

1