# Prairie Wild Enterprises, Inc.
## Balance Sheet
## As of July 6, 2009

|  | Jul 6, 09 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Citizens State Bank | -8,984.84 |
|       Bank of the West | 403.07 |
|       Co-op Credit Union Savings | 6.64 |
|     **Total Checking/Savings** | -8,575.13 |
|     **Accounts Receivable** | |
|       Customers | 44,012.14 |
|     **Total Accounts Receivable** | 44,012.14 |
|     **Other Current Assets** | |
|       Shareholder Receivable | 165,338.05 |
|       Inventory | 491,894.28 |
|       Undeposited Funds | 7,182.18 |
|     **Total Other Current Assets** | 664,414.51 |
|   **Total Current Assets** | 699,851.52 |
|   **Fixed Assets** | |
|     Tractors and Mowers | 22,850.00 |
|     Trailers | 28,334.00 |
|     Seeders and Tillers | 4,107.00 |
|     Vehicles | 108,997.30 |
|     Other Equipment | 267,189.61 |
|     Real Estate | 4,000.00 |
|     Accumulated Depreciation | -251,402.61 |
|   **Total Fixed Assets** | 184,075.30 |
|   **Other Assets** | |
|     **Intangible Assets** | |
|       Loan Fees | 25,835.12 |
|       Incorporation Costs | 667.50 |
|       Accumulated Amortization | -24,657.24 |
|     **Total Intangible Assets** | 1,845.38 |
|   **Total Other Assets** | 1,845.38 |
| **TOTAL ASSETS** | 885,772.20 |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Vendors | 29,568.66 |
|       **Total Accounts Payable** | 29,568.66 |
|       **Credit Cards** | |
|         Wells Fargo 8491 (Melissa) | 330.61 |

# Prairie Wild Enterprises, Inc.
## Balance Sheet
### As of July 6, 2009

|  | Jul 6, 09 |
|---|---:|
| Wells Fargo 8483 (Jon) | 330.61 |
| World Perks Visa Business 2572 | 4,211.56 |
| World Perks Visa Signature 1215 | 11,057.98 |
| Citibank | 6,128.28 |
| Discover | 11,036.61 |
| MBNA | 2,633.48 |
| **Total Credit Cards** | **35,729.13** |
|  |  |
| Other Current Liabilities |  |
|   Payroll Liabilities |  |
|     Estimated Payroll Tax Penalties | 18,898.84 |
|     Federal Withholding | 26,006.00 |
|     Social Security Company | 18,360.17 |
|     Social Security Employee | 18,360.17 |
|     Medicare Company | 4,293.94 |
|     Medicare Employee | 4,293.94 |
|     Mn Withholding | 313.24 |
|     Child Support Schenk | 153.20 |
|     Payroll Liabilities - Other | -1,118.25 |
|   **Total Payroll Liabilities** | **89,561.25** |
|  |  |
|   Sales Tax Payable | 82.24 |
| **Total Other Current Liabilities** | **89,643.49** |
|  |  |
| **Total Current Liabilities** | **154,941.28** |
|  |  |
| Long Term Liabilities |  |
|   Co-op Credit Union 20503-E | 75,000.00 |
|   Co-op Credit Union 20503-A | 407,888.83 |
|   Co-op Credit Union 20503-B | 68,725.10 |
|   Co-op Credit Union 20503-C | 75,000.00 |
|   Co-op Credit Union 20503-D | 19,906.00 |
|   Bank of the West Note 116 | 4,297.33 |
|   Bank of the West Note 017 | 5,783.93 |
|   Yellow Medicine 38701 LOC | 185,237.70 |
| **Total Long Term Liabilities** | **841,838.89** |
|  |  |
| **Total Liabilities** | **996,780.17** |
|  |  |
| Equity |  |
|   Common Stock | 1,000.00 |
|   Additional Paid in Capital | 122,623.77 |
|   Dividends | -14,463.99 |
|   Retained Earnings | -293,530.36 |
|   Net Income | 73,362.61 |
| **Total Equity** | **-111,007.97** |
|  |  |
| **TOTAL LIABILITIES & EQUITY** | **885,772.20** |