Form **7004**
(Rev December 2007)
Department of the Treasury
Internal Revenue Service

# Application for Automatic 6-Month Extension of Time To File Certain Business Income Tax, Information, and Other Returns
  G  File a separate application for each return.

OMB No. 1545-0233

| Type or Print | Name | Identifying number |
|---|---|---|
| | **Prairie Wild Enterprises, Inc** | **71-0911809** |

File by the due date for the return for which an extension is requested. See instructions.

Number, street, and room or suite number. (If P.O. box, see instructions.)

**275 E 4th St**

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)).

**Cottonwood, MN 56229**

Note. See instructions before completing this form.

1  Enter the form code for the return that this application is for (see below)..................................... **25**

2  If the foreign corporation does not have an office or place of business in the United States, check here........................... G ☐

3  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here.................... G ☐

4a  The application is for calendar year 20 __ , or tax year beginning **10/01** __ , 20 **07** , and ending **9/30** __ , 20 **08**

  b  Short tax year. If this tax year is less than 12 months, check the reason:
   ☐ Initial return    ☐ Final return    ☐ Change in accounting period    ☐ Consolidated return to be filed

5  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here........ G ☐

  If checked, attach a schedule, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

6  Tentative total tax........................................................................................... | 6 | **0.** |

7  Total payments and credits (see instructions)............................................................... | 7 | **0.** |

8  Balance due. Subtract line 7 from line 6. Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW)  (see instructions for exceptions)................................. | 8 | **0.** |

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND | 19 |
| Form 706-GS(T) | 02 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 1041 (estate) | 04 | Form 1120-PC | 21 |
| Form 1041 (trust) | 05 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120-S | 25 |
| Form 1065 | 09 | Form 1120-SF | 26 |
| Form 1065-B | 10 | Form 3520-A | 27 |
| Form 1066 | 11 | Form 8612 | 28 |
| Form 1120 | 12 | Form 8613 | 29 |
| Form 1120-A (fiscal-year 2006-2007 corporations) | 14 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.                                        Form 7004 (Rev 12-2007)

CPCZ0701L   11/30/07

PDF created with pdfFactory trial version www.pdffactory.com

# Form 1120S — U.S. Income Tax Return for an S Corporation

**Form 1120S**
Department of the Treasury
Internal Revenue Service

U.S. Income Tax Return for an S Corporation
▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ See separate instructions.

OMB No. 1545-0130

**2007**

For calendar year 2007 or tax year beginning **10/01**, 2007, ending **9/30**, **2008**

- **A** S election effective date: **10/01/2002**
- **B** Business activity code number (see instrs): **111400**
- **C** Check if Sch M-3 attached: ☐

Use the IRS label. Otherwise, print or type.

**Prairie Wild Enterprises, Inc**
275 E 4th St
Cottonwood, MN 56229

- **D** Employer identification number: **71-0911809**
- **E** Date incorporated: **10/01/2002**
- **F** Total assets (see instructions): **$ 851,691.**

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If 'Yes,' attach Form 2553 if not previously filed

**H** Check if: (1) ☐ Final return   (2) ☐ Name change   (3) ☐ Address change   (4) ☐ Amended return   (5) ☐ S election termination or revocation

**I** Enter the number of shareholders in the corporation at the end of the tax year ▶ **2**

Caution. Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales **551,012.** b Less returns and allowances | c Bal ▶ 1c **551,012.** |
| 2 | Cost of goods sold (Schedule A, line 8) | **806,863.** |
| 3 | Gross profit. Subtract line 2 from line 1c | **-255,851.** |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | **150,621.** |
| 5 | Other income (loss) (attach statement) | |
| 6 | Total income (loss). Add lines 3 through 5 ▶ | **-105,230.** |

## Deductions (See Instrs)

| Line | Description | Amount |
|---|---|---|
| 7 | Compensation of officers | |
| 8 | Salaries and wages (less employment credits) | |
| 9 | Repairs and maintenance | |
| 10 | Bad debts | |
| 11 | Rents | |
| 12 | Taxes and licenses | |
| 13 | Interest | **88,255.** |
| 14 | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | |
| 15 | Depletion (Do not deduct oil and gas depletion.) | |
| 16 | Advertising | **10,736.** |
| 17 | Pension, profit-sharing, etc, plans | |
| 18 | Employee benefit programs | |
| 19 | Other deductions (attach statement) **See Statement 1** | **138,034.** |
| 20 | Total deductions. Add lines 7 through 19 ▶ | **237,025.** |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | **-342,255.** |

## Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | |
| 22b | Tax from Schedule D (Form 1120S) | |
| 22c | Add lines 22a and 22b (see instructions for additional taxes) | |
| 23a | 2007 estimated tax payments and 2006 overpayment credited to 2007 | |
| 23b | Tax deposited with Form 7004 | |
| 23c | Credit for federal tax paid on fuels (attach Form 4136) | |
| 23d | Add lines 23a through 23c | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | **0.** |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | |
| 27 | Enter amount from line 26 Credited to 2008 estimated tax _____ Refunded | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▲ Signature of officer   Date   ▲ Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature ▲ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▲ | **Kinner & Company Ltd**<br>**404 3rd Ave, P.O. Box 690**<br>**Brookings, SD 57006** | EIN **46-0400356**<br>Phone no. **(507) 368-2711** | |

BAA For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.   SPSA0105L 12/26/07   Form 1120S (2007)

PDF created with pdfFactory trial version www.pdffactory.com

| Form 1120S (2007) | Prairie Wild Enterprises, Inc   71-0911809 | | Page 2 |
|---|---|---|---|

### Schedule A — Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 629,009. |
| 2 | Purchases | 2 | 29,993. |
| 3 | Cost of labor | 3 | 175,241. |
| 4 | Additional section 263A costs *(attach statement)* | 4 | |
| 5 | Other costs *(attach statement)* **See Statement 2** | 5 | 464,836. |
| 6 | Total. Add lines 1 through 5 | 6 | 1,299,079. |
| 7 | Inventory at end of year | 7 | 492,216. |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 806,863. |

9a Check all methods used for valuing closing inventory:
  (i) [X] Cost as described in Regulations section 1.471-3
  (ii) [ ] Lower of cost or market as described in Regulations section 1.471-4
  (iii) [ ] Other (Specify method used and attach explanation.) _____

  b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ........ G [ ]
  c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ... G [ ]
  d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO ........ 9d
  e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ...... [ ] Yes  [X] No
  f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation. ...... [ ] Yes  [X] No

### Schedule B — Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a [ ] Cash  b [X] Accrual  c [ ] Other (specify) G _____ | | |
| 2 | See the instructions and enter the:<br>a Business activity G **Sales & Service** _____  b Product or service G **Native Grasses, Wild** __ | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If 'Yes,' attach a statement showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) if 100% owned, was a QSub election made? | | X |
| 4 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ....... G [ ]<br>If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 6 | If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ....... G $ _____ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year ........ $ _____ | | |
| 8 | Are the corporation's total receipts *(see instructions)* for the tax year and its total assets at the end of the tax year less than $250,000? If 'Yes,' the corporation is not required to complete Schedules L and M-1 | | X |

### Schedule K — Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---:|
| 1 | Ordinary business income (loss) (page 1, line 21) | 1 | -342,255. |
| 2 | Net rental real estate income (loss) *(attach Form 8825)* | 2 | |
| 3a | Other gross rental income (loss) | 3a | |
| b | Expenses from other rental activities *(attach statement)* | 3b | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| 4 | Interest income | 4 | 44. |
| 5 | Dividends:  a Ordinary dividends | 5a | |
| | b Qualified dividends | 5b | |
| 6 | Royalties | 6 | |
| 7 | Net short-term capital gain (loss) *(attach Schedule D (Form 1120S))* | 7 | |
| 8a | Net long-term capital gain (loss) *(attach Schedule D (Form 1120S))* | 8a | |
| b | Collectibles (28%) gain (loss) | 8b | |
| c | Unrecaptured section 1250 gain *(attach statement)* | 8c | |
| 9 | Net section 1231 gain (loss) *(attach Form 4797)* | 9 | |
| 10 | Other income (loss) *(see instructions)* | 10 | |

(Income (Loss))

Form 1120S (2007)

SPSA0112L   12/26/07

PDF created with pdfFactory trial version www.pdffactory.com

| | Form 1120S (2007) **Prairie Wild Enterprises, Inc   71-0911809** | | Page 3 |
|---|---|---|---|
| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
| Deduc-tions | 11 Section 179 deduction *(attach Form 4562)* | 11 | |
| | 12a Contributions | 12a | |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2) expenditures (1) Type G_____ (2) Amount G | 12c (2) | |
| | d Other deductions *(see instructions)* Type G | 12d | |
| Credits | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)* | 13c | |
| | d Other rental real estate credits *(see instrs)* Type G | 13d | |
| | e Other rental credits *(see instrs)* Type G | 13e | |
| | f Credit for alcohol used as fuel *(attach Form 6478)* | 13f | |
| | g Other credits *(see instructions)* Type G | 13g | |
| Foreign Trans-actions | 14a Name of country or U.S. possession G | | |
| | b Gross income from all sources | 14b | |
| | c Gross income sourced at shareholder level | 14c | |
| | *Foreign gross income sourced at corporate level* | | |
| | d Passive category | 14d | |
| | e General category | 14e | |
| | f Other *(attach statement)* | 14f | |
| | *Deductions allocated and apportioned at shareholder level* | | |
| | g Interest expense | 14g | |
| | h Other | 14h | |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | | |
| | i Passive category | 14i | |
| | j General category | 14j | |
| | k Other *(attach statement)* | 14k | |
| | *Other information* | | |
| | l Total foreign taxes (check one): G ☐ Paid   ☐ Accrued | 14l | |
| | m Reduction in taxes available for credit *(attach statement)* | 14m | |
| | n Other foreign tax information *(attach statement)* | | |
| Alternative Minimum Tax (AMT) Items | 15a Post-1986 depreciation adjustment | 15a | |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties' gross income | 15d | |
| | e Oil, gas, and geothermal properties' deductions | 15e | |
| | f Other AMT items *(attach statement)* | 15f | |
| Items Affecting Shareholder Basis | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | **245.** |
| | d Property distributions | 16d | |
| | e Repayment of loans from shareholders | 16e | |
| Other Information | 17a Investment income | 17a | **44.** |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts *(attach statement)* | | |
| Recon-ciliation | 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l | 18 | **-342,211.** |

BAA                                                                                                               Form 1120S (2007)

SPSA0134L   09/28/07

PDF created with pdfFactory trial version www.pdffactory.com

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 3,526. | | -9,377. |
| 2a | Trade notes and accounts receivable | 187,662. | | 175,610. | |
| b | Less allowance for bad debts | | 187,662. | | 175,610. |
| 3 | Inventories | | 629,009. | | 492,216. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities *(see instructions)* | | | | |
| 6 | Other current assets *(attach stmt)* **See St 3** | | 200. | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments *(attach statement)* | | | | |
| 10a | Buildings and other depreciable assets | 830,002. | | 431,418. | |
| b | Less accumulated depreciation | 570,545. | 259,457. | 251,403. | 180,015. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | 4,000. | | 4,000. |
| 13a | Intangible assets (amortizable only) | 26,503. | | 26,503. | |
| b | Less accumulated amortization | 13,585. | 12,918. | 17,276. | 9,227. |
| 14 | Other assets *(attach stmt)* | | | | |
| 15 | Total assets | | 1,096,772. | | 851,691. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 167,651. | | 51,516. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 310,000. | | 125,376. |
| 18 | Other current liabilities *(attach stmt)* **See St 4** | | 75,102. | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 508,827. | | 844,706. |
| 21 | Other liabilities *(attach statement)* | | | | |
| 22 | Capital stock | | 1,000. | | 1,000. |
| 23 | Additional paid-in capital | | 122,624. | | 122,624. |
| 24 | Retained earnings | | -88,432. | | -293,531. |
| 25 | Adjustments to shareholders' equity *(att stmt)* | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 1,096,772. | | 851,691. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|
| | Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more ' see instructions |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -342,456. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 14l, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ 245. | 245. | 7 | Add lines 5 and 6 | 0. |
| 4 | Add lines 1 through 3 | -342,211. | 8 | Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 | -342,211. |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions) |
|---|---|

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -88,432. | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions **See Statement 5** | 137,401. | | |
| 4 | Loss from page 1, line 21 | ( 342,255. ) | | |
| 5 | Other reductions **See Statement 6** | ( 245. ) | | |
| 6 | Combine lines 1 through 5 | -293,531. | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -293,531. | | |

PDF created with pdfFactory trial version www.pdffactory.com

| Form **4797** | | Sales of Business Property | | | OMB No. 1545-0184 |
|---|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | | (Also Involuntary Conversions and Recapture Amounts<br>Under Sections 179 and 280F(b)(2))<br>► Attach to your tax return. ► See separate instructions. | | | **2007**<br>Attachment<br>Sequence No. 27 |

| Name(s) shown on return | Identifying number |
|---|---|
| Prairie Wild Enterprises, Inc | 71-0911809 |

| 1 | Enter the gross proceeds from sales or exchanges reported to you for 2007 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) | 1 | **287,980.** |
|---|---|---|---|

### Part I — Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft — Most Property Held More Than 1 Year (see instructions)

| 2 | (a) Description of property | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 3 | Gain, if any, from Form 4684, line 39 | 3 | |
|---|---|---|---|
| 4 | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | 4 | |
| 5 | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | 5 | |
| 6 | Gain, if any, from line 32, from other than casualty or theft | 6 | |
| 7 | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | 7 | |

Partnerships (except electing large partnerships) and S corporations. Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

Individuals, partners, S corporation shareholders, and all others. If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| 8 | Nonrecaptured net section 1231 losses from prior years (see instructions) | 8 | |
|---|---|---|---|
| 9 | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return (see instructions) | 9 | |

### Part II — Ordinary Gains and Losses (see instructions)

10 Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| Equipment | Various | 6/30/08 | 287,980. | 393,010. | 530,369. | 150,621. |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| 11 | Loss, if any, from line 7 | 11 | |
|---|---|---|---|
| 12 | Gain, if any, from line 7 or amount from line 8, if applicable | 12 | |
| 13 | Gain, if any, from line 31 | 13 | |
| 14 | Net gain or (loss) from Form 4684, lines 31 and 38a | 14 | |
| 15 | Ordinary gain from installment sales from Form 6252, line 25 or 36 | 15 | |
| 16 | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | 16 | |
| 17 | Combine lines 10 through 16 | 17 | **150,621.** |

18 For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below:

  a If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 28, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 23. Identify as from 'Form 4797, line 18a.' See instructions ........ 18a

  b Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14 ........ 18b

BAA For Paperwork Reduction Act Notice, see separate instructions.     Form **4797** (2007)

FDIZ1001L 07/09/07

PDF created with pdfFactory trial version www.pdffactory.com

Detach the voucher and mail it with your check.

Or, if you prefer to pay electronically, discard this voucher and go to www.taxes.state.mn.us or call 1-800-570-3329.

(Rev 7/07)

*Cut carefully along this line to detach.*

MNSA0701L   09/15/06



MINNESOTA · REVENUE          PV40    1112                              0472

S Corporation Return Payment
                                    Minnesota tax ID              6177540
71-0911809
Prairie Wild Enterprises, Inc
275 E 4th St
Cottonwood, MN 56229

                                    Tax-year end
                                       (mmyy)                        0908
Make check payable to Minnesota Revenue.
Send with Form M8 or mail separately to:
Minnesota Revenue, Mail Station 1770, St. Paul, MN 55145-1770
                                    AMOUNT
                                    OF CHECK                   300    00

PDF created with pdfFactory trial version www.pdffactory.com

Detach the voucher and mail it with your check.

Or, if you prefer to pay electronically, discard this voucher and go to www.taxes.state.mn.us or call 1-800-570-3329.

(Rev 7/07)

------------------------------------------------ *Cut carefully along this line to detach*. ------------------------------------------------

MNSA0601L   08/13/07



| MINNESOTA · REVENUE | PV81  1112 | **0471** |
|---|---|---|
| **S Corporation Extension Payment** | Minnesota tax ID | **6177540** |

**71-0911809**
**Prairie Wild Enterprises, Inc**
**275 E 4th St**
**Cottonwood, MN 56229**

Tax-year end (mmyy) **0908**

Make check payable to Minnesota Revenue and mail to:
Minnesota Revenue, Mail Station 1765, St. Paul, MN 55145-1765

AMOUNT OF CHECK **300   00**

PDF created with pdfFactory trial version www.pdffactory.com