# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Bky No. 09-34220-RJK

In re:
PRAIRIE WILD ENTERPRISES, INC.
aka PRAIRIE WILD ENTERPRISES, INCORPORATED,
                    Debtor.

## ORDER

This case is before the court on the debtor's Motion for Final Use of Cash Collateral. At the hearing, counsel for the debtor recited that an agreement had been reached and that a stipulation would be submitted to the Court for consideration. On August 11, 2009, the debtor filed a stipulation.

The court having reviewed the stipulation,

IT IS ORDERED:

1.      The stipulation is approved and the debtor is authorized to perform thereunder and to grant the adequate protection and replacement lien as set forth and required in the stipulation.

2.      As adequate protection for the debtor's use of the Credit Union's cash collateral, the debtor may grant a security interest as a replacement lien on the same priority, dignity and effect as the Credit Union's pre-petition liens and security interest and such types of property as the Credit Union held security in prior to the filing date, and, to the extent that the Credit Union becomes an undersecured creditor in the proceeds of the state court litigation, as more fully described in the stipulation. Such security interest and replacement liens shall be deemed perfected as of the filing date without the need for additional perfection or filing.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 08/13/2009
Lori Vosejpka, Clerk, by LMH

3.      As additional adequate protection, the debtor shall provide the Credit Union with written reports, accountings, and payments as set forth in the stipulation.

4.      In the event the debtor fails to timely provide any written reports and/or payments as required under the stipulation, the Credit Union may send the default notice to the debtor and thereafter the debtor shall have five days from the date of the notice to cure the default.  If the debtor fails to timely cure the defaults, then the debtor's authority to use cash collateral of the Credit Union's is terminated without notice or further order of this court.  The Credit Union shall be entitled to an order granting the Credit Union relief from the automatic stay without a motion upon filing of an application for an order and affidavit proving the default

Dated:   August 13, 2009.

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge