UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA


In re:

PRAIRIE WILD ENTERPRISES, INC.

                Debtor.           Chapter 11 Case
                                      Case Number BKY 09-34220

**<u>ORDER AND NOTICE FOR HEARING ON CONFIRMATION OF PLAN AND FINAL
APPROVAL OF DISCLOSURE STATEMENT IN SMALL BUSINESS CHAPTER 11 CASE</u>**

        IT IS ORDERED:

        1.    APPROVAL OF DISCLOSURE STATEMENT.  The disclosure statement filed by <u>Prairie Wild Enterprises, Inc.</u>, its proponent, on <u>September 21, 2009</u>, dated <u>September 21,2009</u>, regarding the plan filed by the proponent on <u>September 21, 2009</u>, dated <u>September 21, 2009</u> is conditionally approved.

        2.    FINAL HEARING ON ADEQUACY OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN.  A hearing to consider final approval of the disclosure statement and confirmation of the plan will be held on <u>October 28, 2009</u> at <u>10:30 a.m.</u> in Courtroom No. 8 West, U.S. Courthouse, 300 South Fourth Street, Minneapolis MN.

        3.    OBJECTIONS. An objection to the disclosure statement or confirmation of the plan shall be made under Local Rule 3017-1(c).  Five days prior to the hearing is the last day to timely deliver an objection, and eight days prior to the hearing is the last day to timely mail an objection.  The objection must be filed not later than one day after service.

        4.    BALLOTS TO ACCEPT OR REJECT PLAN.  Five days prior to the hearing is fixed as the last day to timely file the ballots to accept or reject the plan.  The attorneys for the proponent and the unsecured creditors committee shall jointly count the ballots and file a report of the tabulation not later than 24 hours before the hearing under Local Rule 3020-2.

        5.    DISCOVERY.  Unless the parties agree otherwise by written stipulation, Fed.R.Civ.P.26(a)(1),(a)(2),(a)(3) and (f) do not apply.

        6.    MAILING OF NOTICE, COPIES AND BALLOTS.  Not less than thirty (30) days prior to the hearing, the proponent under supervision of its attorneys shall prepare and mail pursuant to Local Rule 3017-1(a)-(b), and in accordance with the clerk's instructions, appropriate copies of this order and notice, letters of transmittal if any, the approved official form ballot, the approved disclosure statement, and the plan, to the entities specified in Local Rule 9013-3, all creditors, equity security holders, and other parties in interest.


Dated:  *September 22, 2009*          /e/ Robert J. Kressel
                                        ROBERT J. KRESSEL
                                        UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/22/2009*
Lori Vosejpka, Clerk, By lie, Deputy Clerk